RICHARD D. MEIMIN, )
)
    Plaintiff, )
)
v. ) CASE NO. CV410-115
)
STATE OF GEORGIA, AL ST. )
LAWRENCE, Sheriff, and CHATHAM )
COUNTY METROPOLITAN POLICE )
DEPARTMENT, )
)
    Defendants. )
)

# O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case with the following modification: Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the **Clerk of Court** is **DIRECTED** to **close this case**

SO ORDERED this 13th day of July 2010.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA